SUSAN E. DOEBBER v. LAUREN BITZAN.

251 N. W. 2d 652.

March 4, 1977— No. 46691.

*Donald C. Hanson,* for appellant.
*Robert M. Hegg,* Assistant County Attorney, for respondent.

PER CURIAM.

This is a proceeding for the determination of paternity under Minn. St. c. 257. Defendant, who was found by a district court jury to be the father of the infant in question, appeals from an order denying a new trial, and we affirm. No useful purpose would be served by restating the evidence or discussing the issues in detail. The evidence supports the verdict and we find no error.

Affirmed.